#22061587

| FORM B1 | **United States Bankruptcy Court**<br>**District of Western New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Jungjohann, David W. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Jungjohann, Diane M. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>none | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>none    0 4 2 4 3 0 5 |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-098-3146 | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-8691 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1768 Beechwood Drive<br>Farmington NY 14425 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1768 Beechwood Drive<br>Farmington NY 14425 |
| County of Residence or of the<br>Principal Place of Business:    Ontario County | County of Residence or of the<br>Principal Place of Business:    Ontario County |
| Mailing Address of Debtor (if different from street address):<br>none | Mailing Address of Joint Debtor (if different from street address):<br>none |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    n/a | |

## Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More Than<br>$100 Million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

This Space For Court Use Only

FILED
04 SEP 30 PM 1:32
U.S. BANKRUPTCY COURT
W.D.N.Y.-ROCHESTER

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): David W. Jungjohann & Diane M. Jungjohann |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: n/a | Case Number: n/a | Date Filed: n/a |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: n/a | Case Number: n/a | Date Filed: n/a |
| District: n/a | Relationship: n/a | Judge: n/a |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _signature_
Signature of Debtor  David W. Jungjohann

X _signature_
Signature of Joint Debtor  Diane M. Jungjohann

Telephone Number (If not represented by attorney)

Sept. 17, 2004
Date

**Signature of Attorney**

X _signature_
Signature of Attorney for Debtor(s)
Arthur I. Seld          003061
Printed Name of Attorney for Debtor(s)    Bar ID Number

Firm Name
115 Fall Street, P.O. Box 354
Address  Seneca Falls NY 13148-0354

315-568-9411
Telephone Number
Sept. 17, 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _signature_              09/17/04
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

# United States Bankruptcy Court
# Western District of New York

| In re | David W. Jungjohann & <br> Diane M. Jungjohann | Debtor. | Case Number: | (If Known) |
|---|---|---|---|---|

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|---|
| | | | | ASSETS | LIABILITIES | OTHER |
| A- | Real Property | Y | 1 | $ 114,600.00 | | |
| B- | Personal Property | Y | 5 | $ 366,063.87 | | |
| C- | Property Claimed as Exempt | Y | 1 | | | |
| D- | Creditors Holding Secured Claims | Y | 1 | | $ 124,060.63 | |
| E- | Creditors Holding Unsecured Priority Claims | Y | 1 | | $ -0- | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Y | 6 | | $ 34,585.82 | |
| G- | Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H- | Codebtors | Y | 1 | | | |
| I- | Current Income of Individual Debtor(s) | Y | 1 | | | $ 3,687.21 |
| J- | Current Expenditures of Individual Debtor(s) | Y | 1 | | | $ 3,664.89 |
| | Total Number of Sheets of ALL Schedules | | 19 | | | |
| | Total Assets | | | $ 480,663.87 | | |
| | Total Liabilities | | | | $ 158,646.45 | |

Form 6A

| In re | David W. Jungjohann & Diane M. Jungjohann | Case Number: |
|-------|---------|---------|
| | Debtor. | (If Known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real property at 1768 Beechwood Dr., Farmington, NY. Warranty Deed dated June 6, 1988 and recorded June 7, 1988 in Liber 874 of Deeds at Page 1030 in the Ontario County Clerk's Office. | fee simple | Joint | 114,600.00 | |
| Mortgage Home Equity Loan | | | | 51,636.38 45,609.89 |
| | | Total | $114,600.00 | |

(Report also on Summary of Schedules.)

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | Case Number: | |
|---|---|---|---|
| | Debtor. | | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking accounts:<br>NBG #271310480<br>ESL #10092285<br>ESL #10092285-2<br>ESL #10092285-210<br>ESL #10092285-17 | J<br>J<br>H<br>J<br>J | 99.00<br>10.00<br>22.34<br>15.00<br>10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | ESL #10092285-30<br>CNB #1102110891 | J<br>H | 9.00<br>8.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Eight Danielle Steele books | W | 4.00 |
| 6. Wearing apparel. | | Clothing | J | 500.00 |
| 7. Furs and jewelry. | | Watch and wedding bands | J | 30.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See attached | J | 278,800.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Schedule B (continuation sheet)

9.    Life Insurance:

William Pen Life Ins. Co. of New York

    (W)   Policy # 0000323876     face amount $100,000
    (H)   Policy # 0000323875     face amount $100,000

Mass Mutual Life Insurance

    (H)   Policy # 004939585     face amount $50,000
    (H)   Policy # 4943916     face amount $20,000
    (H)   Policy # 005227487     term ins.    $8,800

| In re | David W. Jungjohann & Diane M. Jungjohann | Debtor. | Case Number: | (If Known) |
|---|---|---|---|---|

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 11. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Oldcastle APG 401(k) American Funds IRA Lowe's 401(k) | H H H | 2,446.23 51,677.95 1,794.00 |
| 12. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | See attached | W | 3,258.35 |
| 13. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. | Accounts receivable. | X | | | |
| 16. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. | Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. (Form 6A.) | X | | | |
| 19. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

## SCHEDULE B (continuation sheet)

12      Stocks, etc.

| Company Name | No. of Shares | Value | Total Value |
|---|---|---|---|
| Corning Incorporated | 100 | $10.06 | $1,006.00 |
| *Dell | 30 | $35.21 | $1,056.30 |
| Ballard Power Systems Inc. | 65 | $6.41 | $416.65 |
| Paychex, Inc. | 10 | $31.14 | $311.40 |
| EMC Corporation | 20 | $10.61 | $212.20 |
| Xilinx, Inc. | 10 | $25.58 | $255.80 |
| | | | $3,258.35 |

```
*  Transferred Dell stock to Arthur I. Seld for
   balance of attorney's fees.
```

Form 6B - Continued

| In re | David W. Jungjohann & Diane M. Jungjohann | Debtor. | Case Number: | (If Known) |

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| | TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Dodge Dakota<br>2000 Dodge Caravan<br>2004 Chevrolet Malibu | J<br>H<br>H | no value<br>3,720.00<br>21,600.00 |
| 24. | Boats, motors, and accessories. | X | | | |
| 25. | Aircraft and accessories. | X | | | |
| 26. | Office equipment, furnishings, and supplies. | | 1999 Gateway Computer | J | 50.00 |
| 27. | Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. | Inventory. | X | | | |
| 29. | Animals. | X | | | |
| 30. | Crops - growing or harvested. Give particulars. | X | | | |
| 31. | Farming equipment and implements. | X | | | |
| 32. | Farm supplies, chemicals, and feed. | X | | | |
| 33. | Other personal property of any kind not already listed. Itemize. | X | | | |

_2_ continuation sheets attached

$ 366,063.87

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

| In re | David W. Jungjohann & Diane M. Jungjohann | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | | (If Known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. § 522(b)(1) Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2) Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1768 Beechwood Drive | CPLR §5206(a) | 17,353.73 | 114,600.00 |
| Household goods | CPLR §5205(a)(1) | 2,000.00 | 2,000.00 |
| Books | CPLR §5205(a)(2) | 4.00 | 4.00 |
| Clothing | CPLR §5205(a)(1) | 500.00 | 500.00 |
| Watch & wedding band | CPLR §5205(a)(6) | 30.00 | 30.00 |
| Various life insurance policies | Insurance Law §3212 & CPLR §5205(i) | 278,800.00 | 278,800.00 |
| Various retirement accounts | Debtor & Cred. Law §282 | 55,918.18 | 11,918.18 |
| 2004 Malibu Maxx | Debtor & Cred. Law §282 | 363.60 | 21,600.00 |
| Gateway Computer | CPLR §5205(a)(1) | 50.00 | 50.00 |

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | | Case Number: | |
| | | Debtor. | ˅ | (If Known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deed of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated.". If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 7757 <br> Charter One Auto <br> 228 E. Main St. #300 <br> Rochester NY 14604 | | H | January 17, 2001 Installment Contract on 2000 Dodge Caravan <br> Value $ 3,720.00 | | X | | 5,577.96 | |
| LAST FOUR DIGITS OF ACCOUNT NO. 2285 <br> ESL Federal C. U. <br> 100 Kings Highway S <br> Suite 1200 <br> Rochester NY 14617-5598 | | J | June 1988, mortgage on real property <br> Value $114,600.00 | | X | | 51,636.38 | |
| LAST FOUR DIGITS OF ACCOUNT NO. 7536 <br> ESL Federal C. U. <br> 100 Kings Highway S <br> Suite 1200 <br> Rochester NY 14617-5598 | | J | June 2003, home equity loan on real property <br> Value $114,600.00 | | X | | 45,609.89 | |
| LAST FOUR DIGITS OF ACCOUNT NO. 3824 <br> GMAC <br> P.O. Box 5055 <br> Troy MI 48007 | | H | July 2004, Installment Contract on 2004 Malibu Maxx <br> Value $ 21,600.00 | | X | | 21,236.40 | |

| | | | | Subtotal | $ 124,060.63 |
|---|---|---|---|---|---|
| _0_ Continuation sheets attached | | | | (Total of this page) | |
| | | | | Total <br> (Use only last page) | $ 124,060.63 |

(Report total also on Summary of Schedules)

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | | (If Known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated place an "X" in the column labeled "Unliquidated." If the claim is disputed, place and "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled, "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals:** Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support*:** Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units:** Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | | Case Number: |
|---|---|---|---|
| | | Debtor. | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 5772 | | | | | | | |
| American Eagle Outfitters<br>730 E. Church Street<br>Suite 19<br>Martinsville VA 24112 | | H | August 2004, purchase of merchandise | | X | | 96.41 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1004 | | | | | | | |
| American Express<br>777 American Expressway<br>Ft. Lauderdale FL 33337 | | H | July 2004, late charges on balance due (line of credit) | | X | | 1,422.52 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1003 | | | | | | | |
| American Express<br>P.O. Box 297804<br>Ft. Lauderdale FL 33329 | | H | August 2004, purchase of merchandise | | X | | 133.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 9875 | | | | | | | |
| Bank One<br>P.O. Box 100045<br>Kennesaw GA 30156-9245 | | H | August 2004, purchase of merchandise | | X | | 562.68 |

|  | Subtotal | $ 2,214.61 |
|---|---|---|
| __5__ continuation sheets attached | Total | $ |

(Report total also on Summary of Schedules)

| In re | David W. Jungjohann & Diane M. Jungjohann | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 1112 Bank One P.O. Box 100045 Kennesaw GA 30156-9245 | | W | August 2004, purchase of merchandise | | X | | 758.68 |
| LAST FOUR DIGITS OF ACCOUNT NO. 4279 The Bon-Ton P.O. Box 2285 York PA 17405 | | J | August 2004, purchase of merchandise | | X | | 881.67 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1440 Citi Cards P.O. Box 3671 Urbandale IA 50323 | | H | August 2004, purchase of merchandise | | X | | 5,041.14 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5427 Direct Merchants Bank P.O. Box 21550 Tulsa OK 74121-1550 | | H | August 2004, purchase of merchandise | | X | | 693.99 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5517 Discover Financial Services P.O. Box 8003 Hilliard OH 43206-8003 | | J | August 2004, purchase of merchandise | | X | | 747.70 |

Sheet no. 2 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 8,123.18

Total (Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedules)

| In re | David W. Jungjohann & Diane M. Jungjohann | | Case Number: | |
|-------|-------------------------------------------|--------|-------------|------------|
| | | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO.  0367 | | | | | | | |
| Discover Financial Services P.O. Box 8003 Hilliard OH 43206-8003 | | W | August 2004, purchase of merchandise | | X | | 4,116.78 |
| LAST FOUR DIGITS OF ACCOUNT NO.  5309 | | | | | | | |
| ESL Federal Credit Union Attn: Janet Burt, LSD 100 Kings Hwy. S, Ste 1200 Rochester NY 14617-9974 | | J | August 2004, finance charges on balance due | | X | | 2,948.60 |
| LAST FOUR DIGITS OF ACCOUNT NO.  1112 | | | | | | | |
| First North American Bank P.O. Box 100044 Kennesaw GA 30156-9244 | | W | July 2004, purchase of merchandise | | X | | 713.79 |
| LAST FOUR DIGITS OF ACCOUNT NO.  7428 | | | | | | | |
| GM Card P.O. Box 5218 Carol Stream, IL 60197 | | J | August 2004, purchase of merchandise | | X | | 2,756.19 |
| LAST FOUR DIGITS OF ACCOUNT NO.  5695 | | | | | | | |
| The Gap 100 Gap Online Drive Grove City OH 43123-8605 | | W | August 2004, purchase of merchandise | | X | | 256.48 |
| | | | Subtotal | | | $ | 10,791.84 |
| | | | Total (Use only on last page of the completed Schedule F) | | | $ | |

Sheet no. _3_ of _6_ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

(Total of this page)
Total
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

| In re | David W. Jungjohann & Diane M. Jungjohann | Debtor. | Case Number: | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 5931<br>The Home Depot<br>2455 Paces Ferry Road<br>Atlanta GA 30339 | | H | August 2004, purchase of merchandise | | X | | 915.13 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5949<br>The Home Depot<br>2455 Paces Ferry Road<br>Atlanta GA 30339 | | W | August 2004, purchase of merchandise | | X | | 1,080.18 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5348<br>Lord & Taylor<br>P.O. Box 94873<br>Cleveland OH 44101-4873 | | W | August 2004, purchase of merchandise | | X | | 731.84 |
| LAST FOUR DIGITS OF ACCOUNT NO. 7556<br>Lowe's<br>P.O. Box 981064<br>El Paso TX 79998-1064 | | H | August 2004, purchase of merchandise | | X | | 387.60 |
| LAST FOUR DIGITS OF ACCOUNT NO. 6947<br>Exxon Mobil<br>P.O. Box 103028<br>Roswell GA 30076 | | H | July 2004, purchase of gas and oil | | X | | 1,758.44 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   $ 4,873.19

(Total of this page)
Total
(Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

| In re | David W. Jungjohann & Diane M. Jungjohann | Debtor. | Case Number: | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 3228 | | | | | | | |
| Providian<br>P.O. Box 660548<br>Dallas TX 75266-0548 | | W | August 2004, purchase of merchandise | | X | | 2,088.01 |
| LAST FOUR DIGITS OF ACCOUNT NO. 2059 | | | | | | | |
| Sears, Roebuck & Co.<br>P.O. Box 3671<br>Des Moines IA 50322 | | W | July 2004, purchase of merchandise | | X | | 716.03 |
| LAST FOUR DIGITS OF ACCOUNT NO. 8759 | | | | | | | |
| Sears, Roebuck & Co.<br>P.O. Box 3671<br>Des Moines IA 50322 | | W | July 2004, purchase of merchandise | | X | | 3,050.03 |
| LAST FOUR DIGITS OF ACCOUNT NO. 0280 | | | | | | | |
| Strong Health<br>P.O. Box 278998<br>Rochester NY 14627-8998 | | H | May 2003, medical services | | X | | 477.85 |
| LAST FOUR DIGITS OF ACCOUNT NO. 4298 | | | | | | | |
| Target<br>C/O Retailers National Bank<br>P.O. Box 59317<br>Minneapolis MN 55459-0317 | | W | July 2004, purchase of merchandise | | X | | 271.24 |

Sheet no. __5__ of __6__ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

Subtotal $ 6,603.16

(Total of this page)
Total
(Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedules)

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | | Case Number: | |
| | | Debtor. | | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 4906<br>ViaHealth<br>P.O. Box 10758<br>Rochester NY 14610 | | H | August 2004, medical services (also acct. #7642) | | X | | 179.22 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5477<br>ViaHealth<br>P.O. Box 10758<br>Rochester NY 14610 | | W | July 2004, medical services (also acct. #6852) | | X | | 65.43 |
| LAST FOUR DIGITS OF ACCOUNT NO. 3018<br>NY Learners Co.<br>P.O. Box 659728<br>San Antonio TX 78265-9728 | | W | July 2004, purchase of merchandise | | X | | 500.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 7643<br>J.C. Penny Co.<br>P.O. Box 65<br>Dallas TX 75221 | | W | August 2004, purchase of merchandise | | X | | 1,235.19 |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority
Claims

| | |
|---|---|
| Subtotal | $ 1,979.84 |
| (Total of this page)<br>Total<br>(Use only on last page of the completed Schedule F) | $ 34,585.82 |

(Report total also on Summary of Schedules)

Form 6G

| In re | David W. Jungjohann & Diane M. Jungjohann | Case Number: | |
|---|---|---|---|
| | Debtor. | | (If Known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

| In re | David W. Jungjohann & Diane M. Jungjohann | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | | (If Known) |

# SCHEDULE H - CODEBTORS

Provide the information required concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the non-debtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

| In re | David W. Jungjohann &<br>Diane M. Jungjohann | | Case Number: | |
| | | Debtor. | | (If Known) |

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status:<br>Married | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
| | RELATIONSHIP   Kate | | AGE   17 | daughter |
| | EMPLOYMENT: | | | |
| | (David)        DEBTOR | | (Diane)     SPOUSE | |
| Occupation | Manager | | Server in rest. / | Kitchen/<br>Housekeepking |
| Name of Employer | Lowe's Home Centers | | South Bristol /<br>Resorts | Quail Summit |
| How Long Employed | since July 23, 2003 | | 4 years     / | since 4/04 |
| Address of Employer | Routes 5 & 20<br>Canandaigua NY 14424 | | 5410 Seneca Pt./<br>Rd., Canandaigu/ | 6225 42nd Ave N<br>Minneapolis MN |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE | |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions<br>(pro rate if not paid monthly.) | $ 2,270.40 | $ 1,143.80 | 976.10 |
| Estimated monthly overtime | $ 327.08 | $ 0 | 0 |
| **SUBTOTAL** | $ 2,597.48 | $ 1,143.80 | 976.10 |
| Less Payroll Deductions<br>a.    Payroll taxes and social security | $ 357.80 | $ 92.67 | 111.07 |
| b.    Insurance | $ 134.22 | $ 0 | 0 |
| c.    ~~Union dues~~ ESPP | $ 22.70 | $ 0 | 0 |
| d.    Other (specify)   401(k) | $ 311.71 | $ 0 | 0 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 826.43 | $ 92.67 | 111.07 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,771.05 | $ 1,051.13 | 865.03 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0 | $ 0 | |
| Income from real property | $ 0 | $ 0 | |
| Interest from real property | $ 0 | $ 0 | |
| Interest and dividends | $ 0 | $ 0 | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 | |
| Social security or other government assistance<br>(Specify) _____ | $ 0 | $ 0 | |
| Pension or retirement income | $ 0 | $ 0 | |
| Other monthly income | $ 0 | $ 0 | |
| (Specify) _____ | $ 0 | $ 0 | |
| TOTAL MONTHLY INCOME | $ 1,771.05 | $ 1,916.16 | |

TOTAL COMBINED MONTHLY INCOME $ 3,687.21

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document

| In re | David W. Jungjohann & Diane M. Jungjohann | Case Number: | |
|---|---|---|---|
| | | Debtor. | (If Known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home) Mortgage     $ 888.30
Home Equity Loan    284.01

Are real estate taxes included?    Yes __X__    No_____
Is property insurance included    Yes __X__    No_____

| | |
|---|---|
| Utilities Electricity and heating fuel | 250.00 |
|     Water and sewer | $ 43.50 |
|     Telephone | $ 70.00 |
|     Other Waste Management (garbage pickup) | $ 15.00 |
| Home Maintenance (Repairs and Upkeep) | $ 100.00 |
| Food | $ 600.00 |
| Clothing | $ 75.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | $ 0 |
|     Homeowner's or renter's | $ 0 |
|     Life | $ 45.08 |
|     Health | $ 0 |
|     Auto | $ 270.00 |
|     Other_____ | $ 0 |
| Taxes (not deducted from wages or included in home mortgage payments) | $ 0 |
| (Specify)_____ | $ 0 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ 0 |
|     Auto | $ |
|     Other 2000 Dodge Caravan | $ 355.70 |
|     Other 2004 Malibu Maxx | $ 278.30 |
| ~~Alimony, maintenance, and support paid to others~~ Pet exp. (2 dogs/1 cat) | $ 20.00 |
| Payments for support of additional dependents not living at your home | $ 0 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other_____ | $ 0 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    | $ 3,664.89 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $_____ |
| B. Total projected monthly expenses | $_____ |
| C. Excess income (A minus B) | $_____ |
| D. Total amount to be paid into plan each _____ | $_____ |
|                               (interval) | |

**FORM 7. STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

Western _____ **DISTRICT OF** New York _____

In re: David W. Jungjohann &
Diane M. Jungjohann ,          Case No. _____
_____                    (if known)
(Name)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1. **Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| $ 3,597.00 | (W) | employment at Quial Summit − 2004 |
| $11,213.07 | (W) | employment at Bristol − 2004 |
| $20,209.58 | (H) | employment at Lowe's − 2004 |
| $52,490.00 | (J) | income from employment − 2003 |
| $44,176.00 | (J) | income from employment − 2002 |
| $36,914.00 | (J) | income from employment − 2001 |

**2. Income other than from employment or operation of business**



State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3. Payments to creditors**



a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---



b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**



a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None


b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None


List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None
[X]

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

---

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8. Losses

None
X

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

### 9. Payments related to debt counseling or bankruptcy

None
[ ]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Arthur I. Seld 115 Fall Street Seneca Falls NY | August 29, 2004 | $500.00 |

### 10. Other transfers

None
[ ]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Matthew Reale 311 Bostwick Road Phelps NY 14532 | 08/13/04 | 1995 Ford Mustang $2,800.00 |

# Statement of Financial Affairs (continuation sheet)

## 10. Other Transfers

| Name and Address of Transferee | Date | Describe Property |
|---|---|---|
| Arthur I. Seld, J. D.<br>115 Fall Street<br>Seneca Falls NY 13148<br><br>Attorney for Debtors | 09/17/04 | 30 shares of Dell Inc.<br>common stock<br>$1,056.30 |

**11. Closed financial accounts**

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
[X]

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

---

### 16. Spouses and Former Spouses

None
[X]

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
[X]

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE           LAW

---

None
[X]

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME          NAME AND ADDRESS          DATE OF          ENVIRONMENTAL
AND ADDRESS        OF GOVERNMENTAL UNIT      NOTICE           LAW

---

[X] None

c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with

respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS               DOCKET NUMBER                STATUS OR
OF GOVERNMENTAL UNIT                                        DISPOSITION

---

**18 . Nature, location and name of business**

None
[X]

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

None
[X]

b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

   NAME                                ADDRESS

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☒
a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS DATES SERVICES RENDERED

---

None
☒
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME ADDRESS DATES SERVICES RENDERED

---

None
☒
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME ADDRESS

---

None
☒
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS DATE ISSUED

---

### 20. Inventories

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY INVENTORY SUPERVISOR DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

---

None
☒
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY NAME AND ADDRESSES OF CUSTODIAN
OF INVENTORY RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None


a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

_____

None


b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS          TITLE          NATURE AND PERCENTAGE OF STOCK OWNERSHIP

_____

**22 . Former partners, officers, directors and shareholders**

None


a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS          DATE OF WITHDRAWAL

_____

None


b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE          DATE OF TERMINATION

_____

**23 . Withdrawals from a partnership or distributions by a corporation**

None


If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                              AMOUNT OF MONEY
OF RECIPIENT,          DATE AND PURPOSE     OR DESCRIPTION
RELATIONSHIP TO DEBTOR     OF WITHDRAWAL    AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**


None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER

---

**25. Pension Funds.**


None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND     TAXPAYER IDENTIFICATION NUMBER

---

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___09/17/04___  Signature of Debtor ___David W. Jungjohann___

Date ___09/17/04___  Signature of Joint Debtor (if any) ___Diane M. Jungjohann___

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____  Signature _____

Print Name and Title _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

--------------------------------------------------------------------------------

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No. _____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

| In re | David W. Jungjohann & Diane M. Junghohann | | Case Number: | |
|---|---|---|---|---|
| | | Debtor. | | (If Known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____19____ sheets, and that they are correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date___09/17/04___

Signature____David W. Jungjohann_____ Debtor

Date___09/17/04___

Signature_____ (Joint Debtor, if any)
Diane M. Jungjohann

[If joint case, both spouses must sign]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
#### (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. §110(c).)

_____

_____

Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____

Signature of Bankruptcy Petition Preparer

_____

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date_____

Signature_____

_____
[Print or type name of individual signing on behalf of debtor]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# United States Bankruptcy Court
## District of Western New York

In re    David W. Jungjohann &amp;
Diane M. Jungjohann
       Debtor

Case No.

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a. *Property to Be Surrendered.*

**Description of Property**              **Creditor's name**

    None

    b. *Property to Be Retained*           *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C § 722 | Debt will be Reaffirmed Pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 1768 Beechwood Dr. | ESL FCU | | | X |
| 2000 Dodge Caravan | Charter One | | | X |
| 2004 Malibu Maxx | GMAC | | | X |

Date: 09/17/04                 09/17/04                                                       
David W. Jungjohann              Diane Signature of Debtor M. Jungjohann

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number (Required by 11 U.S.C. § 110)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more that one person prepared this document, attach additional sheets conforming to the appropriate Official form for each person.

X _____        _____
Signature of Bankruptcy Petition Preparer                   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 203
(12/94)

# United States Bankruptcy Court

WESTERN      NEW YORK
_____ District Of _____

**In re**   David W. Jungjohann &
      Diane M. Jungjohann

Case No. _____

**Debtor**              Chapter ___7___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,000.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 291.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 709.00

2. The source of the compensation paid to me was:

     ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

     ☒ Debtor        ☐ Other (specify)   **transfer of Dell Stock**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

09/17/04
_____
Date

_____
Signature of Attorney

Arthur I. Seld

_____
Name of law firm

---

American Eagle Outfitters
730 E. Church Street
Suite 19
Martinsville VA 24112


American Express
777 American Expressway
Ft. Lauderdale FL 33337


Bank One
P.O. Box 100045
Kennesaw GA 30156-9245


The Bon-Ton
P.O. Box 2285
York PA 17405


Charter One Auto
228 E. Main St., # 300
Rochester NY 14604


Citi Cards
P.O. Box 3671
Urbandale IA 50323


Direct Merchants Bank
P.O. Box 21550
Tulsa OK 74121-1550


Discover Financial Services
P.O. Box 8003
Hilliard OH 43206-8003


ESL Federal Credit Union
Attn: Janet Burt, LSD
100 Kings Hwy., S Ste 1200
Rochester NY  14617-9974

Exxon Mobil
P.O. Box 103028
Roswell GA 30076


First North American Bank
P.O. Box 100044
Kennesaw GA 30156-9244


GM Card
P.O. Box 5218
Carol Stream IL 60197


GMAC
P.O. Box 5055
Troy MI 48007


The Gap
100 Gap Online Drive
Grove City OH 43123-8605


The Home Depot
2455 Paces Ferry Road
Atlanta GA 30339


Lord & Taylor
P.O. Box 94873
Cleveland OH 44101-4873


Lowe's
P.O. Box 981064
El Paso TX 79998-1064


J.C. Penny Co.
P.O. Box 65
Dallas TX 75221

NY Learners Co.
P.O. Box 659728
San Antonio TX 78265-9728


Providian
P.O. Box 660548
Dallas TX 75266-0548


Sears, Roebuck & Co.
P.O. Box 3671
Des Moines IA 50322


Strong Health
P.O. Box 278998
Rochester NY 14627-8998


Target
C/O Retailers National Bank
P.O. Box 59317
Minneapolis MN 55459-0317


ViaHealth
P.O. Box 10758
Rochester NY 14610